This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BANK OF COLORADO d/b/a**
**PINNACLE BANK f/k/a**
**WESTERN BANK OF GALLUP**,

Plaintiff-Appellee,

v.                                                                    NO. 30,841

**LL and D, INC., d/b/a RESPOND**
**NEW MEXICO**,

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF McKINLEY COUNTY**
**Robert A. Aragon, District Judge**

Mason & Isaacson, P.A.
Thomas Lynn Isaacson
Gallup, NM

for Appellee

Everett Law
Peter Everett, IV
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

Appellant (Defendant) appeals from the district court's order that strikes his answer on the basis that it was untimely filed. [RP 160] Our notice proposed to dismiss for lack of a final order. In addition, our notice proposed to deny Appellee's (Plaintiff) request for attorney fees.

Defendant did not respond to our notice. *See Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993) (explaining that the failure to file a memorandum in opposition to calendar notice constitutes acceptance of proposed disposition). For reasons set forth in our notice, we dismiss for lack of a final order. While Plaintiff filed a response opposing our proposed denial of its request for attorney fees, we remain unpersuaded by Plaintiff's arguments, and therefore deny its request.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**CELIA FOY CASTILLO, Chief Judge**

_____
**JONATHAN B. SUTIN, Judge**